















CGL   11/10/04   13:33
3:04-CV-02199   BLACK HISTORICAL V. SAN DIEGO CITY OF
*8*
*O.*

FILED

04 NOV -9 AM 8: 35

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'BY:                          DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK HISTORICAL SOCIETY OF SAN DIEGO, | CASE NO. 04cv2199-LAB (JFS) |
| Petitioner, | **ORDER DENYING PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER** |
| vs. | |
| CITY OF SAN DIEGO, CENTRE CITY DEVELOPMENT CORPORATION, STATE OF CALIFORNIA (TCAC); SAN DIEGO HOUSING COMMISSION; U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; and DOE 1 through DOE 20, inclusive, | |
| Respondents. | |

Plaintiff's application for a temporary restraining order was heard on November 8, 2004 at 11:45 a.m. and 2:00 p.m. Kenneth N. Hamilton, Esq. appeared on behalf of Plaintiff Black Historical Society; Debbie M. Smith, Assistant San Diego City Attorney, appeared specially on behalf of Defendant City of San Diego; Helen Holmes Peak, Esq. appeared on behalf of Defendant Centre City Development Corporation; Jenny Goodman, Esq. appeared specially on behalf of Wakefield Development; and Charles Christensen, Esq. appeared on behalf of Defendant San Diego Housing Commission. Upon consideration of the pleadings filed by Plaintiff, including an Amended Petition for Writ of Mandamus filed November 8, 2004, evidence, offers of proof and

/ / / / /

- 1 -

1   arguments of counsel presented at the hearing, and for the reasons stated on the record, Plaintiff's

2   application for a temporary restraining order is **DENIED**.

3

4        **IT IS SO ORDERED**.

5
     DATED:   _**11·8·04**_
6

7                                          **HONORABLE DANA M. SABRAW**
                                           United States District Judge
8
     cc:    Magistrate Judge James Stiven
9           All Counsel of Record

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28